WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| LEONARD DEON IRVIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV 07-623 PHX RCB |
| | ) | |
| Vs. | ) | O R D E R |
| | ) | |
| MARICOPA COUNTY BOARD OF SUPERVISORS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the pendency of plaintiff's Motion for Extension of Time within which to file Response to Motion for Summary Judgment (doc. #33) and defendants' response, and plaintiff's Motion For Court Order Compelling Disclosure of Plaintiff's File and Exhibits By Former Counsel Jess Lorona (doc. #29) for which there is no response from former counsel, and good cause shown,

IT IS HEREBY ORDERED that Plaintiff, Leonard D. Irvin, shall file his Response to Defendant's Motion for Summary Judgment based on Plaintiff's lack of required Expert Testimony by April 3, 2008.

IT IS FURTHER ORDERED that former counsel Jess Lorona shall

transmit a copy of plaintiff's file, and any exhibits he has, to plaintiff by March 12, 2008 unless they have been previously sent to him.

DATED this 25th day of February, 2008.

/s/ Robert C. Broomfield
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

-2-