**WO**

JWB

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Leonard Deon Irvin,      )    No. CV 07-0623-PHX-RCB
                      )
       Plaintiff,      )    **ORDER**
                      )
vs.                      )
                      )
Maricopa County Board of Supervisors, et )
al.,                      )
                      )
       Defendants.     )
                      )
_____ )

     Before the Court are two motions filed by Plaintiff seeking extensions of time to respond to Defendants' summary judgment motions (Doc. ## 42, 47).  Plaintiff has also filed a second Motion to Compel, alleging that his former counsel has failed to provide Plaintiff with his complete file, preventing Plaintiff from responding to Defendants' summary judgment motions.  The Court will grant Plaintiff one final extension of time and order Plaintiff's former counsel Jess Lorona to respond to Plaintiff's Motion to Compel.

## I.     Procedural Background

     Lloyd P. Champagne, M.D., filed a summary judgment motion on November 26, 2007 (Doc. # 20), to which the Maricopa County Defendants joined (Doc. # 36).  Plaintiff was informed of his rights and obligations to respond to Defendants' motion;[1] his Response is presently due on April 26, 2008.  The Maricopa County Defendants have also filed a separate

_____

[1]    Notice required pursuant to <u>Rand v. Rowland</u>, 154 F.3d 952, 960 (9th Cir. 1998).

1   Motion for Summary Judgment as to Plaintiff's claim of excessive force (Doc. # 39);

2   Plaintiff's Response is also due on April 26, 2008 (Doc. # 44).

3   **II.   Plaintiff's Motions**

4         Plaintiff now moves for an additional 60 days to respond to each of Defendants'

5   motions.  Plaintiff alleges that his former counsel, Jess Lorona, has failed to comply with the

6   Court's February 26, 2008 Order requiring Mr. Lorona to transmit a copy of Plaintiff's entire

7   file to Plaintiff.  In Plaintiff's Motion to Compel, he alleges that Mr. Lorona has failed to

8   transmit significant photographic and video evidence, without which Plaintiff cannot

9   adequately respond to Defendants' motions.  The Court will order Mr. Lorona to respond to

10   Plaintiff's motion.  In an abundance of caution, the Court will grant Plaintiff one final

11   extension of time to respond to Defendants' motions.  The Court will not, however, delay

12   these proceedings for another 60 days.  Plaintiff will be given an additional 30 days to

13   respond.

14   In accordance with the foregoing,

15   **IT IS ORDERED:**

16         1.  Plaintiff's Motions for Extension of Time to Respond to Defendants' Summary

17   Judgment Motions (Doc. ## 42, 47) are **GRANTED**.

18         2.  Plaintiff must respond to Champagne's Motion for Summary Judgment (Doc. #

19   20), the Maricopa County Defendants' Joinder thereto (Doc. # 36), and the Maricopa County

20   Defendants' Motion for Summary Judgment on Plaintiff's Claim of Excessive Force (Doc.

21   # 39) no later than May 26, 2008.

22         3.  Defendants may file a reply within 15 days after service of Plaintiff's response(s).

23         4.  Jess Lorona must respond to Plaintiff's Motion to Compel no later than May 5,

24   2008.

25         5.  The Clerk of Court is directed to transmit a copy of this Order to Mr. Jess Lorona

26   electronically to jlorona@azlawyers.com and by mail to Jess A. Lorona; Dodge, Anderson,

27   . . .

28

1    Mableson, Steiner, Jones & Horowitz, Ltd.; 3003 North Central Avenue; Suite 1800;

2    Phoenix, Arizona 85012.

3           Dated this 29th day of April, 2008.

                                 Robert C. Broomfield
                                 Senior United States District Judge