**WO**                                                          JWB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard Deon Irvin, | No. CV 07-0623-PHX-RCB |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Board of Supervisors, et al., | |
| Defendants. | |

      Before the Court is Plaintiff's Motion to Compel (Doc. # 43) and the response of Plaintiff's former counsel Jess Lorona (Doc. # 53). The Court will deny the motion.

      On February 26, 2008, the Court ordered Plaintiff's former counsel Jess Lorona to transmit a copy of Plaintiff's file to Plaintiff by March 12, 2008 (Doc. # 38). In Plaintiff's instant motion, Plaintiff claims that he received "partial" disclosure of his file from Lorona, but that Lorona failed to provide Plaintiff with all of the photographs, compact discs, and video recordings in his possession (Doc. # 43). In support, Plaintiff provided evidence that Lorona or his firm received at least 26 photographs from Jeff Bachtle and 4 copies of video recordings from the Maricopa County Sheriff's Office (id., exs.). Plaintiff claims that he has only received copies of 10 of the 26 photographs and has not received a copy of the compact disc with his medical records and x-rays, nor has he received copies of the video recordings from the Maricopa County Sheriff's Office.

      In response, Lorona avers that he sent the entire file to Plaintiff, but in the event that

1  some materials were inadvertently left out, he resent copies of all photographs, compact
2  discs, and video recordings in his possession (Doc. # 53). Lorona also provided to the Court
3  photocopies of the discs containing such materials that were sent to Plaintiff. In so doing,
4  Lorona has introduced evidence that he has met his burden pursuant to ABA Model Rule of
5  Professional Conduct 1.16, which requires a lawyer to return "papers and property" to which
6  the client is entitled.

7  Plaintiff has not replied to Lorona's response, and therefore has not countered
8  Lorona's avowal that he has sent Plaintiff the entire file in this case. Because Lorona has
9  supplied the Court with evidence that he has sent copies of all photographs, compact discs,
10 and video recordings to Plaintiff and Plaintiff has not indicated that he has not received them,
11 the Court will deny Plaintiff's motion.

12 In accordance with the foregoing,

13 **IT IS ORDERED:**

14 Plaintiff's Motion to Compel (Doc. # 43) is **DENIED**.

15 DATED this 26th day of May, 2008.

_____
Robert C. Broomfield
Senior United States District Judge